CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>    Plaintiff,<br><br>  v.<br><br>Truckee-Tahoe Lumber Company, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-00260-LKK-CKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## **NOTICE**

PLEASE TAKE NOTICE THAT the Plaintiff hereby voluntarily dismisses the above referenced case with prejudice as to all parties.

Dated: May 18, 2014          CENTER FOR DISABILITY ACCESS


                             By: _/s/ Mark D.Potter_____
                                 Mark D. Potter
                                 Attorneys for Plaintiff

1

Notice of Voluntary Dismissal          Case: 2:14-CV-00260-LKK-CKD

## **ORDER**

Having read the foregoing notice of voluntary dismissal and no opposing party having filed an answer or summary judgment motion, this action is hereby ordered dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 25, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT